United States Bankruptcy Court
District of Arizona

In re:  
LISA VICTORIA CRAVEN  
    Debtor

Case No. 21-02875-MCW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: oroscol      Page 1 of 2  
Date Rcvd: Apr 27, 2021      Form ID: 309A      Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | LISA VICTORIA CRAVEN, 17421 W MANDALAY LN., SURPRISE, AZ 85388-7905 |
| 16413402 | + | Collections Usa Inc, Attn: Bankruptcy, Po Box 10070, Glrndale AZ 85318-0070 |
| 16413403 | + | Daniel Lay, 4408 W. Villa Linda Dr, Glendale AZ 85310-5121 |
| 16413406 | + | FirstBank, 10403 W. Colfax Ave., Lakewood CO 80215-3811 |
| 16413407 | + | HLS of Nevada/Right Size Funding, Attn: Bankruptcy/Compliance Dept, 7625 Dean Martin Dr, Las Vegas NV 89139-5974 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jim@gaudiosilaw.com | Apr 27 2021 23:55:00 | JAMES R. GAUDIOSI, Jim Gaudiosi, Attorney at Law PLLC, 17505 N. 79th Ave, Suite 207, Glendale, AZ 85308 |
| tr | + | EDI: BJHFORD.COM | Apr 28 2021 01:58:00 | JILL H. FORD, PO BOX 5845, CAREFREE, AZ 85377-5845 |
| smg | | EDI: AZDEPREV.COM | Apr 28 2021 01:53:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16413400 | + | Email/Text: bankruptcy@autonowfinancial.com | Apr 27 2021 23:58:00 | Auto Now Financial Ser, Attn: Bankruptcy, Po Box 816, Glendale AZ 85311-0816 |
| 16413401 | + | EDI: CAPONEAUTO.COM | Apr 28 2021 01:53:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City UT 84130-0285 |
| 16413404 | + | Email/Text: research@1stnb.com | Apr 27 2021 23:58:00 | First Convenience Bank, 507 N. Gray St., Killeen TX 76541-4871 |
| 16413405 | + | EDI: AMINFOFP.COM | Apr 28 2021 01:53:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls SD 57117-5524 |
| 16413408 | + | EDI: IRS.COM | Apr 28 2021 01:53:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 16413409 | + | EDI: CBS7AVE | Apr 28 2021 01:58:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe WI 53566-1364 |
| 16413411 | | Email/Text: bankruptcytn@wakeassoc.com | Apr 27 2021 23:56:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville TN 37909 |
| 16413410 | | Email/Text: bankruptcytn@wakeassoc.com | Apr 27 2021 23:56:00 | Wakefield & Associates, Po Box 50250, Knoxville TN 37950 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES R. GAUDIOSI | on behalf of Debtor LISA VICTORIA CRAVEN jim@gaudiosilaw.com debi@gaudiosilaw.com,gaudiosijr92914@notify.bestcase.com |
| JILL H. FORD | jford@trustee.phxcoxmail.com AZ31@ecfcbis.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **LISA VICTORIA CRAVEN** | | Social Security number or ITIN | xxx–xx–1648 |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of Arizona** | | Date case filed for chapter | **7**  4/16/21 |
| Case number: | **2:21–bk–02875–MCW** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | LISA VICTORIA CRAVEN | |
| 2. | **All other names used in the last 8 years** | aka LISA FLEMING, fka LISA CREW | |
| 3. | **Address** | 17421 W MANDALAY LN. SURPRISE, AZ 85388 | |
| 4. | **Debtor's attorney** Name and address | JAMES R. GAUDIOSI Jim Gaudiosi, Attorney at Law PLLC 17505 N. 79th Ave Suite 207 Glendale, AZ 85308 | Contact phone 623–777–4760 Email: jim@gaudiosilaw.com |
| 5. | **Bankruptcy trustee** Name and address | JILL H. FORD PO BOX 5845 CAREFREE, AZ 85377 | Contact phone 480–575–8250 Email: jford@trustee.phxcoxmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **1**

Case 2:21-bk-02875-MCW    Doc 10    Filed 04/27/21    Entered 04/29/21 21:54:39    Desc
Imaged Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003-1727 | Office Hours:<br>8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682-4000<br>Date: 4/27/21 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | May 24, 2021 at 08:30 AM<br><br>**BY TELEPHONE**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: JILL H. FORD<br>Call in number: 866-704-8215<br>Passcode: 1059406 |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 7/23/21** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A): **70 Days from Case Filed Date.** | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**